AO 246 (Rev. 01/09)   Probation Order Under 18 U.S.C. § 3607

# UNITED STATES DISTRICT COURT
## for the

| EASTERN | DISTRICT OF OF | CALIFORNIA |
|---|---|---|

| United States of America | ) | |
| v. | ) | Case No. 5:10-cr-00018 JLT |
| Antonio E. Madison | ) | |
| *Defendant* | ) | |

### PROBATION ORDER UNDER 18 U.S.C. § 3607

The defendant having been found guilty of an offense described in 21 U.S.C. § 844, and it appearing that the defendant (1) has not, prior to the commission of such offense, been convicted of violating a federal or state law relating to controlled substances, and (2) has not previously been the subject of a disposition under this subsection.

**IT IS ORDERED:**   The defendant is placed on probation as provided in **18 U.S.C. § 3607** for a period of _____ **12 months** _____ without a judgment of conviction first being entered. The defendant must comply with the standard and special conditions of **unsupervised probation** set forth in this order:

The defendant must:

1) not commit another federal, state, or local crime.

2) not possess a firearm or destructive device.

(X) Pay a Fine of $ **$1000.00**, to be paid within 6 months from the date of this order.

(X) Ordered to appear at a REVIEW HEARING on 12/9/2010 at 10:30 p.m. at Edwards AFB. Should the defendant pay the monetary penalties prior to this hearing, the Defendant shall contact the Court for verification, and if payment is verified the Court will vacate this hearing. In the event, the defendant does not meet this requirement, the Defendant shall appear as ORDERED.

Payments must be made by Check or Money Order, payable to: Clerk, U.S. District Court and mailed to:

(X) Clerk, U.S. District Court, 2500 Tulare Street, Rm 1501, Fresno, CA 93721

Your check or money order must indicate your name and case number to ensure your account is credited for payment received.

Date: ____ 7/9/10 ____

_Judge's Signature_

JENNIFER L. THURSTON, U.S. Magistrate Judge
*Printed Name and Title*

Rev.  07/2009 (ED/CA)
PREJUDGMENT – ORDER (AO246).WPG

AO 246 (Rev. 01/09)   Probation Order Under 18 U.S.C. § 3607

**Re:**

     **Case No.**
     **PROBATION ORDER UNDER 18 U.S.C. § 3607**

### Defendant's Consent

     I have read the proposed Probation Order Under 18 U.S.C. § 3607 and the Conditions of Probation, including the special conditions above. I understand that if I violate any conditions of probation, the Court may enter a judgment of conviction and proceed as provided by law. I consent to the entry of the Order.

     I also understand that, if I have not violated any condition of my probation, the Court, without entering a judgment of conviction, (1) may dismiss the proceedings and discharge me from probation before the expiration of the term of probation, or (2) must dismiss the proceedings and discharge me from probation at the expiration of the term of probation.

     I also understand that, if I was under age 21 at the time of the offense, I am entitled to have the record of my arrest and conviction expunged upon application.

Date:     7 - 8 - 10

                                      *Defendant's Signature*

                                      *Signature of Defendant's Attorney*

     Jeremy  Kroger

                                      *Printed Name of Defendant's Attorney*