DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY S. KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ANTONIO E. MADISON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 5:10-cr-00018 JLT |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS<br>) CONFERENCE AND THAT HEARING BE SET |
| v. | ) **IN BAKERSFIELD** [PROPOSED] ORDER<br>) THEREON |
| ANTONIO E. MADISON, | ) Date: February 1, 2011 |
| Defendant. | ) Time: 9:00 a.m.<br>) Place: Bakersfield Courtroom<br>) Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DANIEL S. HARRISON, Assistant United States Attorney, counsel for plaintiff, and JEREMY S. KROGER, Assistant Federal Defender, counsel for defendant, ANTONIO E. MADISON, that the date for status conference in this matter may be continued to February 1, 2011, at 9:00 a.m., or the soonest date thereafter that is convenient to the Court, and that the hearing be set in Bakersfield. **The date currently set for status conference is January 13, 2011. The requested new date is February 1, 2011, at 9:00 a.m.**

This continuance is requested so that the Assistant Federal Defender, who will be traveling from Fresno, California, may consolidate the cases calendared for January 13, 2011 with those scheduled for February 1, 2011, thereby eliminating seven hours of round-trip travel and improving judicial efficiency. Defense counsel is in touch with Mr. Madison, who has been ordered to appear at the

1   January 13, 2011 status conference, and Mr. Madison has informed defense counsel that he will be
2   available for a status conference on February 1, 2011.
3       The parties agree that the delay resulting from the continuance shall be excluded as necessary in the
4   interests of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A).

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED: January 11, 2011              By /s/ Daniel S. Harrison
                                                  DANIEL S. HARRISON
                                                  Assistant United States Attorney
                                                  Attorney for Plaintiff

                                                DANIEL J. BRODERICK
                                                Federal Defender

DATED: January 11, 2011              By /s/ Jeremy S. Kroger
                                                  JEREMY S. KROGER
                                                  Assistant Federal Defender
                                                  Attorney for Defendant
                                                  Antonio E. Madison

## ORDER

**IT IS SO ORDERED.** That the Status Conference now set for January 13, 2011, at 9:00 a.m., before Magistrate Judge Jennifer L. Thurston, at the Edwards Air Force Base, be continued to February 1, 2011, at 9:00 a.m. before Magistrate Judge Jennifer L. Thurston, at the Bakersfield Court. The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A).

DATED: January 12, 2011

                                                  Jennifer L. Thurston, Magistrate Judge
                                                  United States District Court